ST. MARY'S RUSSIAN ORTHODOX BROTHERHOOD, Appellant, v. CHRISTIAN REALTY CO., INC., and Others, Respondents.— Motion granted.  ·Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GUISEPPE FUSCO, Respondent, v. MARIE FUSCO, Appellant.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of HOMER C. BABCOCK, as Committee, etc., of AUGUST GUNTHER, an Incompetent.— Motion granted.   Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JENNIE PRUZANSKY, an Infant, etc., Respondent, v. FORTY-SECOND STREET, MAN-HATTANVILLE AND ST. NICHOLAS AVENUE RAILWAY COMPANY, Appellant.— Motion granted.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

AUSTIN J. HARE and Others, Respondents, v. HUNTER MANUFACTURING AND COMMISSION COMPANY and Others, Appellants.— Motion granted upon condition that appeals from orders be promptly brought on for argument or submission. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of HERMAN N. KARP, INC., Respondent, v. STRATHMORE LEASING Co., INC., Appellant.— Motion granted.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

NORBERT KELLMAN, Respondent, v. ALBERT BLECHNERS' SONS, INC., Appellant.— Application denied, with ten dollars costs, and stay vacated.   Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOHN F. MACENULTY, Respondent, v. CARNEGIE STEEL COMPANY, Appellant.— Order modified as indicated in order and as so modified affirmed, with ten dollars costs and disbursements.   The bill of particulars to be served within sixty days from service of order.   No opinion.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARY C. MAHONY, Respondent, v. HENRY W. EATON and Others, as Trustees, etc., and Others, Appellants, Impleaded with EQUITABLE LIFE ASSURANCE SOCIETY, Respondent.— Judgment and order affirmed, with costs.   No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JAMES R. KING, Respondent, v. KENSINGTON CONSTRUCTION COMPANY, Appellant, Impleaded with Another, Defendant.— Judgment affirmed, with costs.   No opinion.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MINA E. FRITZ, Respondent, v. COMMONWEALTH FINANCE CORPORATION and Others, Appellants.— Judgment and order affirmed, with costs.   No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

A. H. STIEHL FURNITURE COMPANY, Respondent, v. JACOB SPERBER, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JEWEL CARMEN, Appellant, v. FOX FILM CORPORATION and Another, Respondents.— Order reversed, with ten dollars costs and disbursements and motion granted, with ten dollars costs, upon the authority of *Carmen* v. *Fox Film Corporation* (204 App. Div. 776).   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.